No. 98–822. FRIENDS OF THE EARTH, INC., ET AL. *v.* LAIDLAW ENVIRONMENTAL SERVICES (TOC), INC. C. A. 4th Cir. [Certiorari granted, 525 U. S. 1176.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1036. ILLINOIS *v.* WARDLOW. Sup. Ct. Ill. [Certiorari granted, 526 U. S. 1097.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1170. PORTUONDO, SUPERINTENDENT, FISHKILL COR-RECTIONAL FACILITY *v.* AGARD. C. A. 2d Cir. [Certiorari granted, 526 U. S. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1299. NEW YORK *v.* HILL. Ct. App. N. Y. [Certiorari granted, 526 U. S. 1111.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1682. UNITED STATES ET AL. *v.* PLAYBOY ENTERTAIN-MENT GROUP, INC. D. C. Del. [Probable jurisdiction noted, *ante*, p. 1021.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 98–1960. CORTEZ BYRD CHIPS, INC. *v.* BILL HARBERT CONSTRUCTION CO., A DIVISION OF BILL HARBERT INTERNA-TIONAL, INC. C. A. 11th Cir. Certiorari granted.